## DECLARATION OF SERVICE BY MAIL

I, Danielle J. Barrett, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 19, 2011, I served a true and correct copy of the Court's Orders, dated August 17, 2011 and July 18, 2011, respectively, upon the attorney for plaintiff by depositing copies of same, enclosed in a first class postpaid properly addressed wrapper, in a post office/ official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said attorney for plaintiff at the address set forth below, that being the address designated by attorney for plaintiff for that purpose:

**GUSTAVO L. VILA**
Law Office of Gustavo L. Vila PC
Attorney for Plaintiff
1820 Commerce Street
Yorktown Hts., New York 10598

Dated:   New York, New York
         August 19, 2011

By: _____
    Danielle J. Barrett
    Assistant Corporation Counsel